UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GRIFFIS,

Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

25-CV-6917 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 16, 2025, the Court stayed this case pending completion of the arbitration and ordered the parties to file a status update by December 1, 2025. To date, no letter has been received. The parties shall submit a joint letter no later than January 5, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      December 17, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge